UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRED HESTER                        ]
    Plaintiff,                    ]
                                   ]
v.                                 ]    No. 3:13-0349
                                   ]    Judge Sharp
U.S. COMMUNITY CREDIT UNION        ]
    Defendant.                    ]

# O R D E R

On April 23, 2013, an order (Docket Entry No. 3) was entered denying the plaintiff's application (Docket Entry No. 2) to proceed in forma pauperis. At that time, the plaintiff was granted thirty (30) days in which to submit the fee ($350) required to file his *pro se* complaint.

The thirty day period has expired and the plaintiff has not yet complied with the instructions of the Court by paying the filing fee. Accordingly, this action is hereby DISMISSED for failure to comply with the instructions of the Court and for want of prosecution. Rule 41(b), Fed. R. Civ. P.

It is so ORDERED.

                                              Kevin H. Sharp
                                            United States District Judge